AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

```
            FILED          RECEIVED
            ENTERED        SERVED ON
                    COUNSEL/PARTIES OF RECORD

            June 11, 2021

            CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
     BY:                        DEPUTY
```

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| United States of America | ) | |
| v. | ) | Case No. 2:21-mj-485-VCF |
| | ) | |
| BONA WONG | ) | Charging District: Western District of Texas |
| Defendant | ) | Charging District's Case No. SA-21-CR-224 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: United States District Court<br>655 E Cesar E Chavez Blvd., Room G65<br>San Antonio, Texas 78206 | Courtroom No.: TBD |
| | Date and Time: TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: June 10, 2021

_____
*Judge's signature*

CAM FERENBACH, United States Magistrate Judge
*Printed name and title*